JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. ARCH, <br><br> Plaintiff, <br><br> vs. <br><br> DET. GENE PARSHALL, DET. JOHN MACCHIARELLA, DET. EFRIN GUITERREZ, DET. TERENCE KEYZER, WILLIAM BRATTON, CHARLES BECK, JOHN DOE, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and TEN UNKNOWN NAMED DEFENDANTS ("DOES" 1-10), inclusive, <br><br> Defendants | CASE NO.: CV11-04454 DSF (PJWx) <br><br> **JUDGMENT ON SPECIAL VERDICT** |

 The jury having returned a verdict on all claims in favor of defendants JOHN MACCHIARELLA, EFREN GUITERREZ, and TERENCE KEYZER, and against plaintiff EDWARD L. ARCH, and defendant GENE PARSHALL having been previously dismissed by plaintiff,

 IT IS ORDERED, ADJUDGED, AND DECREED that:

 1. Defendants shall have judgment against plaintiff on his claims;

 2. Due to the jury's verdict, plaintiff's *Monell* claims against the City of Los

Angeles and Charles Beck are dismissed with prejudice;

3. All remaining claims and defendants are dismissed with prejudice;

4. Plaintiff shall recover nothing from defendants; and,

5. Defendants shall recover from plaintiff their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: February 25, 2013  _____
HON. DALE S. FISCHER
United States District Judge